1

2

3

4

5

6

7

8                         **UNITED STATES DISTRICT COURT**

9                         **CENTRAL DISTRICT OF CALIFORNIA**

10

11   MICHAEL ANTHONY JOINTER,          ) NO. CV 11-02713 R (SS)
                                        )
12                    Petitioner,       )
                                        )
13          v.                          )              **JUDGMENT**
                                        )
14   TIM BUSBY, Acting Warden,          )
                                        )
15                    Respondent.       )
     _____)

16

17

18       Pursuant to the Court's Order Dismissing Habeas Action Without

19   Prejudice,

20

21       IT IS HEREBY ADJUDGED that the above-captioned action is dismissed

22   without prejudice.

23

24       DATED:  April 11, 2011

25                                      _____

26                                      MANUEL L. REAL
                                        UNITED STATES DISTRICT JUDGE

27

28